UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.

**F I L E D**

MAR 2 3 2007

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

| | |
|---|---|
| IN RE: | Request for International Judicial Assistance from the Circuit Court in Olsztyn, Poland: Matter of Wieslaw Krotosyznski |

No. _____

**07 -MISC- 0027**

NAM DEP

## ORDER

Upon application of the United States, and upon review of the request from the Circuit Court in Olsztyn, Poland seeking evidence under The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by The Hague Convention on The Taking of Evidence Abroad in Civil or Commercial Matters, as well as 28 U.S.C. §1782 and this Court's inherent authority, that Michael C. Olmsted is appointed as a Commissioner of this Court and is hereby directed to execute the evidence request as follows:

1. Take such steps as are necessary, including issuance of commissioner's subpoenas, to collect the evidence requested.

2. Adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which Poland has requested assistance, which

procedures may be specified in the request or provided by or with the approval of the

Polish Central Authority under the Convention.

   3.  Seek such further orders of this Court as may be necessary to execute this

request.

   4.  Certify and submit the evidence collected to the Office of International

Affairs, Civil Division, United States Department of Justice, or as otherwise directed by

that office for transmission to Poland.

                       UNITED STATES DISTRICT JUDGE

Dated: _____, 2007